UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00014-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY TROY WILLIAMS | **ORDER TO SEAL** |

On motion of the Defendant, Rodney Troy Williams, and for good cause shown, it is hereby ORDERED that [DE 91] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __13__ day of November, 2018.

JAMES C. DEVER III
United States District Judge