IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No.: 7:18-CR-14-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| RODNEY TROY WILLIAMS, | ) | |
| | ) | |
| Defendant | | |

This matter comes before the Court on the Government's Motion to Seal Exhibit A – Defendant's Medical Records [D.E. 126] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 125]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit A – Defendant's Medical Records [D.E. 126].

SO ORDERED this **29** day of **April**, 2022.

James C. Dever III
United States District Judge